UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-1976(DSD/TNL)

Damon Ray Hollingsworth,

    Plaintiff,

v.                                                   **ORDER**

Hennepin County Medical Center,
Pamela Noone, and Craig N. Qualey,

    Defendants.

    This matter is before the court upon the objection by plaintiff Damon Ray Hollingsworth to the September 4, 2012, report and recommendation of Magistrate Judge Tony Leung. In his report, the magistrate judge recommends that Hollingsworth's application to proceed in forma pauperis be denied and that this action be dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). Hollingsworth objects for reasons not responsive to the report and recommendation.

    The court reviews the report and recommendation of the magistrate judge de novo. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b). After a thorough review of the file and record, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of the petition. Accordingly, **IT IS HEREBY ORDERED** that:

    1.   Plaintiff's objection [ECF No. 6] to the magistrate judge's report and recommendation is overruled;

2.	The magistrate judge's report and recommendation [ECF No. 5] is adopted in its entirety;

3.	This action is summarily dismissed with prejudice; and

4.	Plaintiff's application to proceed in forma pauperis [ECF. No. 2] is denied as moot.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated:  October 10, 2012

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court